**Order entered January 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01435-CV

### IN THE INTEREST OF C.B. AND B.B., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-18314**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not paid for it. By letter dated January 9, 2020, we directed appellant to file, within ten days, written verification he was entitled to proceed without payment of costs or had paid or made arrangements to pay for the reporter's record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, appellant has not complied. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

In accordance with our January 2, 2020 letter concerning appellant's brief, we further **ORDER** appellant's amended brief be filed no later than February 28, 2020.

/s/    KEN MOLBERG
        JUSTICE